IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION


EOD
02/05/2015

IN RE:

FRANCES M TUCKER         Case No. 13-90223
                         Chapter 13

PO BOX 42
HUNTINGTON, TX 75949
xxx-xx-1272/xxx-xx-0000

Debtors

## ORDER OF DISMISSAL

Came on for consideration this day the above styled and numbered case wherein the Court found that it had previously entered a Conditional Dismissal Order thereby granting the Debtor(s) additional time to bring their Chapter 13 Plan payments current or the Bankruptcy Case to be dismissed pursuant to the Chapter 13 Trustee's Motion to Dismiss without further notice or motion upon the submission of a dismissal order by the Chapter 13 Trustee. Upon due consideration of this matter, the Court finds that the Chapter 13 Trustee has submitted this Order of Dismissal along with his certification that the Debtor(s) have failed to comply with the Court's previous order by failing to bring the Chapter 13 plan payments current by the time provided for in the Conditional Dismissal Order, and that this case should accordingly be dismissed without further notice or motion. It is therefore

ORDERED, ADJUDGED, AND DECREED that the Chapter 13 proceeding is hereby DISMISSED. Any funds remaining on deposit with the Chapter 13 Trustee as of the day of the Certification of Non-Compliance by the Trustee shall be distributed in accordance with the provisions of the Confirmation Order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all Income Withholding Orders previously entered in this case, if any there so be, are hereby ORDERED terminated.

Signed on 02/05/2015

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE